IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 09-017 |
| | ) | |
| DEREK M. SECRIST | ) | |

O R D E R

AND NOW, to wit, this 11th day of May, 2012, the within motion is granted, and it is hereby ORDERED that the Indictment and the Superseding Indictment at Criminal No. 09-017 are hereby dismissed.

_____
United States District Judge

cc: Defense Counsel
    U.S. Attorney
    U.S. Marshals
    Pretrial Services